UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: FIRE APPARATUS ANTITRUST LITIGATION    Case No. 26-MD-3179

This document relates to all cases.

## CASE MANAGEMENT ORDER

This antitrust multidistrict litigation case against manufacturers of fire apparatus (fire trucks and the chassis on which they are built) is proceeding on three tracks:

1) Non-Class Action Plaintiffs (NCAP) Action
2) Direct Purchaser Plaintiffs (DPP) Class Action
3) Indirect Purchaser Plaintiffs (IPP) Class Action.

In order to promote judicial economy and avoid duplication, the Court finds that it would be appropriate to provide procedures for this action.

**NOW, THEREFORE, THE COURT ORDERS** as follows:

1. This Case Management Order shall apply as specified to each case that relates to *In re Fire Apparatus Antitrust Litigation* that is subsequently filed in this Court or transferred to this Court and is consolidated or coordinated with the actions.

2. All documents filed in this action shall bear the identification "Case No. 26-MD-3179" and shall bear a caption conforming to the specifications provided below in Paragraphs 4 and 5.

3. This Order shall be filed by the Clerk in the Master Case (Case No. 26-MD-3179) and in each of the separate NCAP, DPP, and IPP actions and every NCAP, DPP, and IPP action subsequently consolidated or coordinated with the actions.

4. Every document filed in connection with *In re Fire Apparatus Antitrust Litigation* shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | Case No. 26-MD-3179 |
| THIS DOCUMENT RELATES TO: | |

5. When a document is intended to be applicable to all actions, the words "All Actions" shall appear immediately below the words "THIS DOCUMENT RELATES TO:" in the caption set forth above. When a document is intended to be applicable to the DPP actions, the words "Direct Purchaser Plaintiffs Actions" shall appear immediately below the words "THIS DOCUMENT RELATES TO:" in the caption set forth above. When a document is intended to be applicable to the IPP action, the words "Indirect Purchaser Plaintiffs Action" shall appear immediately below the words "THIS DOCUMENT RELATES TO:" in the caption set forth above. When a document is intended to be applicable to the NCAP actions, the words "Non-Class Action Plaintiffs Actions" shall appear immediately below the words "THIS DOCUMENT RELATES TO:" in the caption set forth above. When a document is intended to be appliable to less than All Actions, All Direct Purchaser Plaintiffs Actions, the Indirect Purchaser Plaintiffs Action, or All Non-Class Action Plaintiffs Actions, the docket number for each individual action to which the document is intended to be applicable shall appear immediately below the words "THIS DOCUMENT RELATES TO:" in the caption described above.

6. When a document is filed and the caption, pursuant to the foregoing, shows that it is applicable to All Actions, All Direct Purchaser Plaintiffs Actions, the Indirect Purchaser

Plaintiffs Action, or All Non-Class Action Plaintiffs Actions, the document shall be filed in the Master Case (Case No. 26-MD-3179). No filing need occur in the docket for any other case.

7. When a document is filed and the caption, pursuant to the foregoing, shows that it is applicable to fewer than All Actions, All Direct Purchaser Plaintiffs Actions, the Indirect Purchaser Plaintiffs Action, or All Non-Class Action Plaintiffs Actions, the document must be filed in the Master Case (Case No. 26-MD-3179) as well as the individual docket of each action to which it pertains.

8. Any actions later assigned to the undersigned as related to the consolidated action *In re Fire Apparatus Litigation* will automatically be consolidated with this action without the necessity of future motions or orders. This consolidation, however, does not constitute a determination that the actions should be consolidated for trial, nor does it have the effect of making any entity a party to any action in which he, she, or it has not been named, served, or added in accordance with the Federal Rules of Civil Procedure.

9. Any order entered into, or decision rendered, in these consolidated cases that relates to all actions, or to all actions in a given track, shall apply to all actions later consolidated in this action or that track, unless counsel in the later-consolidated action show good cause why it should not.

10. Currently pending before the Court are motions to dismiss the consolidated amended complaints in each of the tracks. Each defendant's answer to the consolidated amended complaints, if necessary, shall be filed within 60 days of the Court's decisions resolving all of the motions as to that defendant.

Dated at Green Bay, Wisconsin this 8th day of October, 2026.

William C. Griesbach
United States District Judge